UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          CASE NO: 05-23287 JKC-13

MELINDA JO CHAMBERS
131 N BRADNER AVE                               SS#1: XXX-XX-9147
MUNCIE IN 46952                                 SS#2  XXX-XX-

DEBTOR.

**TRUSTEE'S INTERIM REPORT AND
REQUEST FOR DEBTOR DISCHARGE**

This Case was                                   The Plan was
commenced on Jan 18, 2006                       confirmed on Jun 27, 2006

**THIS CASE IS: PAID IN FULL AND ELIGIBLE FOR ORDER DISCHARGING DEBTOR**

   The records of the Trustee reflect that the debtor has completed all payments under the plan. Therefore, your Trustee makes his interim report, preliminary to the Final Account of the administration of the estate with the Court and the United States Trustee, for the purpose of asking the Court to grant the debtor a discharge of all debts provided for by the plan or disallowed under the § 502, except for any debt not subject to discharge pursuant to the provision of § 1328.

   Your Trustee will make his Final Account once he has verified that all trust checks have cleared his depository bank and, if not, will stop payment of checks remaining unpaid ninety (90) days after distribution, file a list of all such items with the Court and turnover all unclaimed funds to the clerk in order to fully conclude administration of debtor's estate.

   WHEREFORE, your Trustee prays that the Court approve his Interim Report and grant the debtor an appropriate order of discharge herein.


Date:May 10, 2010                               Respectfully Submitted

                                                 /s/ Robert A. Brothers
                                                Chapter 13 Trustee

                                                151 North Delaware Street
                                                Suite #1400
                                                Indianapolis,IN 46204
Distribution To:                                (317) 636-1062

MELINDA JO CHAMBERS                             MARY M BROWN
131 N BRADNER AVE                               55 MONUMENT CIRCLE
MUNCIE IN 46952                                 #1328
                                                INDIANAPOLIS IN 46204

U.S.Trustee; Chapter 13 Trustee (Brothers)